***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted August 30, affirmed October 4, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANTHONY TERRON ALBRIGHT,
aka Anthony Ray Albright,
*Defendant-Appellant.*

Washington County Circuit Court
20CR05611; A178544

Ricardo J. Menchaca, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Nora Coon, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Straub*, 322 Or App 393, 520 P3d 915, *rev den*, 370 Or 827 (2023).